Commonwealth ex rel. Jenkins, Appellant, *v.*
Myers.

Submitted June 8, 1964. *Clifford Jenkins,* appellant, in propria persona; *Richard A. Devlin,* Assistant District Attorney, for appellee.

Order affirmed.